UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT BREIDING, AMY POLLUTRO, MIKAELA ORTSTEIN-OTERO, BENJAMIN ROSE, MARGARET LEWIS AND RICHARD LEWIS, ERIC LONG, PETER STEERS, ERIK ALLEN, BRADFORD KEITH, JOHN ODUM, AND DAVID LEIGHTON, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>EVERSOURCE ENERGY, a Massachusetts voluntary association, and AVANGRID, INC., a New York corporation,<br><br>        Defendants. | Case No. 1:17-cv-12274-DJC<br><br>**ORAL ARGUMENT REQUESTED** |
| DONNA CORDEIRO, JANICE ANGELILLO, ANNA MARIA FORNINO, MICHELE CASETTA, JUDY CENNAMI, JANICE BRADY, OPAL ASH, MARK LEJEUNE, AND ROBERTO PRATS, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>       v.<br><br>EVERSOURCE ENERGY, a Massachusetts voluntary association, and AVANGRID, INC., a New York corporation,<br><br>        Defendants. | |

**DEFENDANT EVERSOURCE ENERGY'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Eversource Energy ("Eversource") moves to dismiss with prejudice the Consolidated First Amended Class Action Complaint filed by plaintiffs. In support of this motion, Eversource submits the accompanying memorandum of law.

-2-

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Eversource wishes to be heard and requests a hearing to assist the Court in its resolution of this Motion.

Respectfully submitted,

Dated: April 27, 2018

Douglas G. Green (*pro hac vice*)
Shannen W. Coffin (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036
Tel: (202) 429-3000
Fax: (202) 429-3902
dgreen@steptoe.com
scoffin@steptoe.com

Duncan R. MacKay (BBO# 556069)
Deputy General Counsel
Eversource Energy
107 Selden Street
Berlin, CT 06037
Tel: (860) 665-3495
Fax: (860) 665-5504
duncan.mackay@eversource.com

*/s/ John D. Donovan, Jr.*
John D. Donovan, Jr. (BBO #130950)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Fax: (617) 951-7050
john.donovan@ropesgray.com

Chong S. Park (*pro hac vice*)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4600
Fax: (202) 508-4650
chong.park@ropesgray.com

*Attorneys for Eversource Energy*

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on April 27, 2018.

                                                /s/ *John D. Donovan, Jr.*
                                                John D. Donovan, Jr.