UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Breiding et al** ) | |
|     **Plaintiff,** ) | |
| ) | CIVIL ACTION |
| **v.** ) | NO. <u>1:17-12274DJC</u> |
| ) | |
| **Eversource Energy et al** ) | |
|     **Defendant.** ) | |

## ORDER OF DISMISSAL

**Casper, D.J.**

In accordance with the Court's Memorandum and Order issued on September 11, 2018, it is hereby ORDERED that the above-entitled action be dismissed.

                                        So Ordered.

                                        DENISE J. CASPER
                                        UNITED STATES DISTRICT JUDGE

                                        By the Court:

<u>**September 11, 2018**</u>            <u>/s/ Matthew M. McKillop</u>
**Date**                                        **Deputy Clerk**